

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  Trenton

June 29, 2017

United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

**Re: U.S.A. v. Toner**
**Our Docket No. 17-MJ-5011 (TJB)**
**Your Docket No. 17-MJ-4757**

Dear Clerk:

   Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: s/ Mark J. Morelli
     Deputy Clerk


**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: **[17mj5011]**
   - Run Report

    To view a document from the docket sheet, click on the blue "underlined" document number;

    To download, click on File, Save a Copy and save to your specific directory;

    If the document does not have an underlined document number, it is either:

   - A text only entry and no document is attached, or
   - An entry made prior to electronic case filing and the original is enclosed, or
   - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

        Camden - 866-726-0726 or 856-757-5285
        Newark - 866-208-1405 or 973-645-5924
        Trenton - 866-848-6059 or 609-989-2004